UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:07MJ180 |
| | ) | |
| v. | ) | |
| | ) | **ORDER TO SEAL** |
| DARIN CHARLES SIMPSON | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Motion for Psychiatric or Psychological Evaluation Pursuant to 18 U.S.C. § 4246(b) and its subsequent Order be sealed.

**NOW THEREFORE IT IS ORDERED** that the Motion for Psychiatric or Psychological Evaluation Pursuant to 18 U.S.C. § 4246(b) and the subsequent Order of the Court in this matter be sealed and remain sealed pending further notice of this Court. Notwithstanding this Order's filing and maintenance under seal, the copies of the Court Order may be disclosed as necessary to accomplish the purposes of the Order, including that the Clerk is directed to certify copies of the Order to defense counsel, the United States Attorney, and the United States Marshal, with two additional copies of transmittal by the Marshal to the warden of the designated institution.

Signed: April 14, 2008

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Defendants